IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET ORLANDO,                    )<br>                                   )<br>         Plaintiff,                )<br>     v.                            )<br>                                   )<br> CAROLINA CASUALTY INSURANCE       )<br> COMPANY, MONITOR LIABILITY        )<br> MANAGERS, INC., and DOES 1 through)<br> 20, inclusive,                    )<br>                                   )<br>         Defendants.               )<br> _____) | CIV F 07-0092 AWI SMS<br><br>ORDER VACATING MARCH 5, 2007, HEARING DATE AND TAKING DEFENDANTS'S MOTION TO DISMISS AND MOTION TO STRIKE UNDER SUBMISSION |

    Currently pending before this Court is Defendants's Rule 12(b)(6) motion to dismiss and Rule 12(f) motion to strike.  These motions are set for hearing on March 5, 2007, at 1:30 p.m.  The court has reviewed the moving papers and has determined that these matters are suitable for decision without oral argument.  Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 5, 2007, is VACATED, and the parties shall not appear at that time.  As of March 5, 2007, the Court will take Defendant's motions under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   February 28, 2007                /s/ Anthony W. Ishii
0m8i78                               UNITED STATES DISTRICT JUDGE