**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANET ORLANDO, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CAROLINA CASUALTY INSURANCE ) <br> COMPANY, MONITOR LIABILITY ) <br> MANAGERS, INC., and DOES 1 through ) <br> 20, inclusive, ) <br> ) <br> Defendants. ) <br> _____ ) | CIV F 07-0092 AWI SMS <br><br> **ORDER VACATING MAY 14, 2007, HEARING DATE AND TAKING DEFENDANTS'S MOTION TO DISMISS UNDER SUBMISSION** |

    Currently pending before this Court is Defendants's Rule 12(b)(6) motion to dismiss. This motion is set for hearing on May 14, 2007, at 1:30 p.m. Pursuant to Local Rule 78-230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than April 30, 2007. Plaintiff filed a late opposition on May 1, 2007.

    Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, she is in violation of the Local Rules. See Local Rule 78-230(c). Plaintiff is further not entitled to be heard at oral argument in opposition to the motion. Id. However, Defendants have filed a reply to the opposition and the Court will consider the opposition in deciding the motion to dismiss. The Court has reviewed Defendant's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

1  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 14,
2  2007, is VACATED, and no party shall appear at that time.  As of May 14, 2007, the court will
3  take the matter under submission, and will thereafter issue its decision.

5  IT IS SO ORDERED.

6  **Dated:   May 8, 2007**                               /s/ Anthony W. Ishii
                                                UNITED STATES DISTRICT JUDGE