```
 1  NICHOLAS WAGNER (#109455)
    C.M. ADAMS (#200395)
 2  Law Offices of Wagner & Jones
    1111 East Herndon, Suite 317
 3  Fresno, CA 93720
 4  Telephone: 559.449.1800
    Facsimile:  916.489.9297
 5
    Attorney for the Plaintiff
 6  JANET ORLANDO

 7
    LOUIS H. CASTORIA  (# 95768)
 8  SARA J. SAVAGE (#199344)
    WILSON, ELSER, MOSKOWITZ,
 9  EDELMAN&DICKER LLP
    525 Market Street, 17th Floor
10  San Francisco, CA  94105
    Telephone:   (415) 433-0990
11  Facsimile:    (415) 434-1370
12  louis.castoria@wilsonelser.com
    sara.savage@wilsonelser.com
13  Attorney for Defendants
    CAROLINA CASUALTY INSURANCE
14  COMPANY & MONITOR LIABILITY
    MANAGERS, INC.
15
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION

| | |
|---|---|
| JANET ORLANDO, | Case No. 1:07-CV-00092-AWI-SMS |
| Plaintiff, | **JOINT STIPULATION TO CONTINUE THE F.R.C.P. 26(f) PLANNING CONFERENCE;** |
| v. | |
| CAROLINA CASUALTY INSURANCE COMPANY, MONITOR LIABILITY MANAGERS, INC. and DOES 1 through 20, inclusive | **ORDER** |
| Defendants. | |

It is hereby agreed to and stipulated as by and between counsel on behalf of Plaintiff JANET ORLANDO ("Plaintiff") and Defendants CAROLINA CASUALTY INSURANCE

1

**STIPULATION AND ORDER TO CONTINUE RULE 26(F) PLANNING CONFERENCE**
**ORLANDO V. CAROLINA CASUALTY CASE NO.: 1:07-CV-00092-AWI-SMS**

298000-1

PDF created with pdfFactory trial version www.pdffactory.com

1  COMPANY and MONITOR LIABILITY MANAGERS, INC. ("Defendants") that the Rule
2  26(f) Planning Conference originally scheduled for **September 13, 2007 at 9:15 a.m.** is
3  continued to **October 4, 2007 at 9:15 a.m.** or a date thereafter convenient to the court.
4  **SO STIPULATED AND AGREED:**
5      The parties also request that at the Rule 26(f) Planning Conference that the Court set the
6  trial of this matter for **May/June 2008**.

DATED: September 6, 2007

                                                     NICHOLAS WAGNER

By:       /s/ Nicholas Wagner
       Nicholas Wagner (#109455)
       Attorney for Plaintiff
       **JANET ORLANDO**

Date: September, 6, 2007     WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:       /s/ Sara J. Savage
       Sara J. Savage (#199344)
       Attorneys for Defendants
       **CAROLINA CASUALTY INSURANCE COMPANY**
       **AND MONITOR LIABILITY MANAGERS, INC.**

    **Upon good cause and proof be made to the satisfaction of the Court, IT IS SO ORDERED that the Rule 26(f) Planning Conference in the above-captioned matter will now be held on <u>October 4, 2007</u> at <u>9:15 a.m.</u> in Courtroom 7:**

DATED:  9/11/2007
                                  /s/ Sandra M. Snyder
                                  Hon. Sandra M. Snyder
                                  United States District Magistrate Judge

PDF created with pdfFactory trial version www.pdffactory.com