LAW OFFICES OF
WAGNER & JONES LLP
Nicholas Wagner  #109455
1111 East Herndon, Suite 317
Fresno, California  93720
(559) 449-1800

Attorneys for Plaintiff JANET ORLANDO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION

| | |
|---|---|
| JANET ORLANDO,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLINA CASUALTY INSURANCE COMPANY, MONITOR LIABILITY MANAGERS, INC., ALARM ONE and DOES 1 through 20, inclusive,<br><br>    Defendants.<br>_____/ | CASE NO.  1:07-cv-00092 AWI SMS<br><br>STIPULATION AND ORDER RESETTING THE HEARING ON PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES |

On or about December 28, 2007, Plaintiff submitted correspondence to Carolina Casualty seeking further responses to discovery requests. On January 11, 2008, Defendant Carolina Casualty responded to Plaintiff's correspondence.  Since then, the parties have been making efforts to resolve their dispute.  In an effort to provide the parties with additional time within which to informally resolve Plaintiff's concerns, if possible, or to prepare the required joint statement, Plaintiff and

///
///
///
///

Carolina Casualty hereby agree to continue the hearing on Plaintiff's Motion to Compel, currently scheduled for January 18, 2008, to February 15, 2008, in Department 7.

DATED: January 18, 2008                LAW OFFICES OF
                                       WAGNER & JONES LLP


                                       By: /C.M. Adams/
                                           C.M. Adams
                                           Attorneys for Plaintiff


DATED: January 18, 2008                WILSON, ELSER, MOSKOWITZ,
                                       EDELMAN & DICKER LLP



                                       /s/ ___/s/ Sara Saage_____
                                           Sara J. Savage
                                           Attorneys for Defendants Carolina
                                           Casualty Ins. Co and Monitor Liability
                                           Manager, Inc.

   IT IS HEREBY ORDERED that Plaintiff's Motion to Compel is reset for hearing from January 18, 2008 to February 15, 2008 at 9:30a.m. before Judge Snyder..



IT IS SO ORDERED.

**Dated:   January 23, 2008**            /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE

2