LOUIS H. CASTORIA (State Bar No. 95768)
SARA J. SAVAGE (State Bar No. 199344)
**WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone: (415) 433-0990
Facsimile: (415) 434-1370
Louis.Castoria@wilsonelser.com
Sara.Savage@wilsonelser.com

Attorneys for Defendants
CAROLINA CASUALTY INSURANCE COMPANY;
MONITOR LIABILITY MANAGERS, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| JANET ORLANDO, | **Case No. 1:07-CV-00092-AWI-SMS** |
| Plaintiff, | |
| v. | **JOINT STIPULATION TO CONTINUE EXPERT DISCLOSURES; AND** |
| CAROLINA CASUALTY INSURANCE COMPANY, MONITOR LIABILITY MANAGERS, INC., ALARM ONE, INC. and DOES 1 through 20, inclusive | **ORDER** |
| | **Trial Date:   February 10, 2009** |
| Defendants. | |

### STIPULATION TO CONTINUE EXPERT DISCLOSURES

### RELIEF SOUGHT

The parties herein, Defendant CAROLINA CASUALTY INSURANCE COMPANY; MONITOR LIABILITY MANAGERS, INC. , Defendant ALARM ONE, INC. and Plaintiff JANET ORLANDO respectfully submit the following Stipulation to Continue Expert Disclosures beyond the **July 3, 2008** cut-off date. Good cause exists to extend expert disclosure due to the fact that the scheduled depositions remain uncompleted and prior and written discovery is ongoing.

- 1 –
JOINT STIPULATION TO CONTINUE EXPERT DISCLOSURES
JANET ORLANDO V. CAROLINA CASUALTY INSURANCE COMPANY, et al
Case No. 1:07-CV-00092-AWI-SMS

362071.1

PDF created with pdfFactory trial version www.pdffactory.com

This matter is currently scheduled for trial on **February 10, 2009**, a pretrial conference is set for **December 19, 2008** at **8:30 a.m.** and expert witness disclosures are due on **July 3, 2008**. Thus good cause exists to continue the expert disclosure deadline. Defendant CAROLINA CASUALTY AND MONITOR LIABILITY MANAGERS, INC., Defendant ALARM ONE, INC.and Plaintiff JANET ORLANDO respectfully request that this Court grant an Order to Continue Expert Disclosures to September 1, 2008.

It is therefore requested that the expert disclosure cut-off date be continued for 60 days or for a reasonable time to be determined by the Court.

**IT IS SO STIPULATED.**

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated: July 1, 2008

By: _____/s/  Sara J. Savage_____
       SARA J. SAVAGE
       Attorney for Defendant
       CAROLINA CASUALTY INSURANCE COMPANY;
       MONITOR LIABILITY MANAGERS, INC.

Dated: 7/1/2008            LAW OFFICES OF WAGNER & JONES

By: _____/s/  Nicolas Wagner_____
       NICHOLAS WAGNER
       Attorney for Plaintiff
       JANET ORLANDO

Dated:                     GORDON & REES, LLP

By: _____/s/ Michael Lucey_____
       MICHAEL LUCEY
       Attorney for Defendant
       ALARM ONE, INC.

- 2 –
JOINT STIPULATION TO CONTINUE EXPERT DISCLOSURES
JANET ORLANDO V. CAROLINA CASUALTY INSURANCE COMPANY, et al
Case No. 1:07-CV-00092-AWI-SMS

362071.1

PDF created with pdfFactory trial version www.pdffactory.com

LOUIS H. CASTORIA (State Bar No. 95768)
SARA J. SAVAGE (State Bar No. 199344)
**WILSON, ELSER, MOSKOWITZ,
　EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone:  (415) 433-0990
Facsimile:  (415) 434-1370
Louis.Castoria@wilsonelser.com
Sara.Savage@wilsonelser.com

Attorneys for Defendants
CAROLINA CASUALTY INSURANCE COMPANY;
MONITOR LIABILITY MANAGERS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| JANET ORLANDO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAROLINA CASUALTY INSURANCE COMPANY, MONITOR LIABILITY MANAGERS, INC., ALARM ONE, INC. and DOES 1 through 20, inclusive<br><br>　　　　Defendants. | **Case No. 1:07-CV-00092-AWI-SMS**<br><br>**ORDER TO CONTINUE EXPERT DISCLOSURES**<br><br>**Trial Date:    February 10, 2009** |

　　　　IT IS HEREBY ORDERED that the deadlines as set forth in the Stipulation to Continue Expert Disclosures are adopted.

DATED:  July 8, 2008          /s/ Sandra M. Snyder
　　　　　　　　　　　　　　Magistrate Judge of the United States District Court
　　　　　　　　　　　　　　Sandra M. Snyder
　　　　　　　　　　　　　　Eastern District of California-Fresno Division

- 3 –
JOINT STIPULATION TO CONTINUE EXPERT DISCLOSURES
JANET ORLANDO V. CAROLINA CASUALTY INSURANCE COMPANY, et al
Case No. 1:07-CV-00092-AWI-SMS

362071.1

PDF created with pdfFactory trial version www.pdffactory.com