IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET ORLANDO,                              )<br>                                                        )<br>           **Plaintiff**,                              )<br>    v.                                                   )<br>                                                        )<br>CAROLINA CASUALTY INSURANCE  )<br>COMPANY, MONITOR LIABILITY     )<br>MANAGERS, INC., ALARM ONE, INC.,)<br>and DOES 1 through 20, inclusive,       )<br>                                                        )<br>           **Defendants**.                           )<br>_____) | 1:07cv0092 AWI SMS<br><br>ORDER ON PLAINTIFF'S<br>APPLICATION TO MOVE<br>HEARING AND MOVING<br>HEARING TO NOVEMBER 24,<br>2008 |

    Currently pending before the Court are three summary judgment motions, one by Plaintiff, one by Carolina Casualty and Monitor Liability, and one by Alarm One.  Hearing on these motions is set for November 10, 2008.  Plaintiff has filed a request to move the hearing to any date after November 15, 2008, because her primary counsel will be out of town from November 8 to November 15.  Defendants Carolina and Monitor oppose the request primarily on grounds that Plaintiff only recently (October 8 and 22) talked to them about moving the hearing.  Carolina and Monitor also state that they will not stipulate to moving the hearing into December and that Plaintiff does not account for a new co-counsel that was recently added.  Defendants state that they were willing to move the hearing to sometime in November, but also state without explanation that November dates were unavailable.  Defendant Alarm One has filed no response.

    Trial in this matter is currently set for February 10, 2009, the pre-trial conference is currently set for December 19, 2008, and a settlement conference is set for December 4, 2008.

At this time, it appears that if a hearing is to be had, the participation of Plaintiff's primary counsel would be helpful and advisable.  Further, Carolina and Monitor's opposition does not show any prejudice to moving the hearing to another date in November.  In order to maintain the scheduling conference order, and to maximize the efficacy of a hearing (if necessary), the Court will reset the hearing date for November 24, 2008.  However, given the scheduling conference order, the Court will maintain the current deadlines for the filing of oppositions and replies.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application for resetting the hearing date is GRANTED;
2. The November 10, 2008, hearing date is VACATED;
3. The new hearing date on the pending motions for summary judgment is SET for November 24, 2008, at 1:30 p.m., in Courtroom 2; and
4. The briefing schedule will not change:  all oppositions are due on October 27, 2008, and all replies are due on November 3, 2008.

IT IS SO ORDERED.

**Dated:   October 24, 2008**          /s/ **Anthony W. Ishii**
                                       CHIEF UNITED STATES DISTRICT JUDGE