IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET ORLANDO,          ) | 1:07cv0092 AWI SMS |
|                   Plaintiff,    ) | |
| v.                              ) | ORDER VACATING DECEMBER 19, 2008, PRE-TRIAL DATE AND RESETTING TO JANUARY 6, 2009 |
| CAROLINA CASUALTY INSURANCE ) COMPANY, MONITOR LIABILITY ) MANAGERS, INC., ALARM ONE, INC.,) and DOES 1 through 20, inclusive,  ) | |
|                   Defendants.   ) | |

    The current trial date in this matter is February 10, 2009, and the current pre-trial date is December 19, 2008. Due to the Court's schedule and the outstanding cross-motions for summary judgment, the Court finds it necessary to move the pre-trial date to January 6, 2009, at 10:30 a.m. The trial date of February 10, 2009, will remain unchanged.

    Accordingly, IT IS HEREBY ORDERED that the December 19, 2008, pre-trial date is VACATED and the new pre-trial conference date will be January 6, 2009, at 10:30 a.m.

IT IS SO ORDERED.

Dated:   December 10, 2008                    /s/ Anthony W. Ishii
                                                         CHIEF UNITED STATES DISTRICT JUDGE