IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET ORLANDO,          )<br>                             )<br>           Plaintiff,      )<br>    v.                      )<br>                             )<br>CAROLINA CASUALTY INSURANCE  )<br>COMPANY, MONITOR LIABILITY  )<br>MANAGERS, INC., ALARM ONE, INC.,)<br>and DOES 1 through 20, inclusive, )<br>                             )<br>           Defendants.     )<br>_____) | 1:07cv0092 AWI SMS<br><br>ORDER FOR EMERGENCY<br>BRIEFING REGARDING THE<br>CITIZENSHIP OF ALARM<br>ONE, INC. |

    This case was removed from the Fresno County Superior Court.  Removal was based on diversity and, at the time of removal, only Carolina Casualty and Monitor Liability were named defendants.  See Court's Docket Doc. Nos. 1, 4.  Plaintiff was allowed to amend her complaint, and in December 2007 she added as a defendant Alarm One, Inc. See id. at Doc. Nos. 48, 52, 53.  In the notice of removal, it is alleged that Plaintiff is a citizen of California.  See id. at Doc. No. 1.  The notice of removal does not discuss the citizenship of Alarm One.  See id.  In the amended complaint, Plaintiff did not allege the citizenship of Alarm One, but merely alleged that Alarm One was doing business in California.  See id. at Doc. No. 53.  A corporation is a citizen of its place of incorporation and its primary place of business.  Wachovia Bank, N.A. v. Schmidt, 546 U.S. 303, 306 (2006); Industrial Tectonics, Inc. v. Aero Alloy, 912 F.2d 1090, 1092-94 (9th Cir. 1990).  It is necessary to determine the citizenship of Alarm One for purposes of 28 U.S.C. § 1447.

Accordingly, IT IS HEREBY ORDERED that:

1. By 2:00 p.m. on December 17, 2008 (if not sooner), Alarm One, Carolina Casualty, and Monitor Liability are to present briefing and evidence regarding Alarm One's citizenship; and

2. The briefing must entail a discussion of Alarm One's place of incorporation and principal place of business, including its corporate headquarters.

IT IS SO ORDERED.

Dated:   December 12, 2008            /s/ Anthony W. Ishii
                                              CHIEF UNITED STATES DISTRICT JUDGE